## PRINGLE *v.* MORTON SALT CO.

MASTER AND SERVANT—WORKMEN'S COMPENSATION ACT—APPLI-
CABILITY OF ACT.
   Decision in *Thomas* v. *Morton Salt Co.*, 253 Mich. 613, holding
   that workmen's compensation act is applicable, and denying
   right to maintain action at law, is controlling of instant case.

Certiorari to Department of Labor and Industry.
Submitted June 5, 1930. (Docket No. 44, Calendar
No. 34,838.) Decided April 24, 1931.

Wilmot E. Pringle and another presented their
claim against Morton Salt Company for accidental
injuries resulting in the death of their son, Harold
James Pringle, and later attempted a discontinuance
of same, and commenced action at law. From the
award made, plaintiffs bring certiorari. Affirmed.

*Stewart & Black,* for plaintiffs.
*Cady & Pepper,* for defendant.

CLARK, J. Plaintiffs as dependents of a deceased
employee, their son Harold James Pringle, bring
certiorari to review an award in their favor against
defendant employer and its insurer.

*Thomas* v. *Morton Salt Co.*, 253 Mich. 613, nega-
tives right to recover damages for injuries resulting
in the death of Harold James Pringle in an action
at law by representative of the deceased employee
against defendant employer and sustains right to
award of compensation. The award is affirmed.

BUTZEL, C. J., and WIEST, McDONALD, POTTER,
NORTH, and FEAD, JJ., concurred. SHARPE, J., did not
sit.